# **<u>EXHIBIT 1</u>**

Tangipahoa Parish Clerk of Court  20220000714
Filed Mar 21, 2022 2:07 PM           C
Debi McCoy
Deputy Clerk of Court
FAX Received Mar 15, 2022

21ˢᵗ JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA

STATE OF LOUISIANA

SUIT NO. 20220000714                           DIVISION "C"

PRISCILLA WATKINS

*VERSUS*

AMERICAN SENTINEL INSURANCE COMPANY,
MSAE TRANSPORT, LLC & WALTER W. MTENGA

FILED: _____        _____
                                                    DEPUTY CLERK

_____

PETITION FOR DAMAGES

_____

NOW INTO COURT, through undersigned counsel, comes PRISCILLA WATKINS, a

resident and domiciliary of Tangipahoa Parish, State of Louisiana, who respectfully represents

that:

**1.**

MADE DEFENDANTS HEREIN ARE:

1.    AMERICAN SENTINEL INSURANCE COMPANY, a foreign corporation
      authorized to do and doing business in the State of Louisiana, which may be
      served through its agent for service of process, Louisiana Secretary of State, 8585
      Archives Avenue, Baton Rouge, LA 70809.

2.    MSAE TRANSPORT, LLC, a foreign corporation authorized to do and doing
      business in the State of Louisiana, which may be served through its agent for
      service of process, Mr. Walter W. Mtenga, 800 Richmond Dr., McKinney, TX
      75071

3.    WALTER W. MTENGA, a resident of the lawful age of majority of Collin
      County, State of Texas, who may be served at 7840 Clara Drive, Plano, TX
      75024.

**2.**

Defendants are indebted unto petitioner for an offense or quasi offense occurring on or

about April 7, 2021, in the Parish of Tangipahoa, State of Louisiana.

**3.**

On or about April 7, 2021, plaintiff, PRISCILLA WATKINS, was operating her 2013

Ford F-150, southbound on Railroad Avenue in the left-hand lane of the round-about proceeding

onto Veterans Avenue, when suddenly and without warning, WALTER W. MTENGA,

operating his 2017 Freightliner Tractor Trailer, owned by MSAE TRANSPORT, LLC, also

traveling southbound on Railroad Avenue in the right-hand lane of the round-about veered into

plaintiff's lane of travel, violently colliding into plaintiff's vehicle.



Certified True and
Correct Copy
CertID: 2022032200122

*Kellin Leto*
Tangipahoa Parish
Deputy Clerk of Court

Generated Date:
3/22/2022 11:21 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rvle 3.3(a)(3).

**4.**

As a result of the negligence of defendant, **WALTER W. MTENGA**, plaintiff, **PRISCILLA WATKINS**, sustained injuries.

**5.**

Plaintiff alleges upon information and belief that the accident described above was caused by the negligence, fault and/or omissions of the defendant, **WALTER W. MTENGA**, in the following non-exclusive particulars:

A. Driving in a dangerous and inattentive manner;

B. Failure to keep a proper look out and see what should have been seen or seeing and failing to heed;

C. Failure to maintain order and control;

D. Generally failing to take measures, which could or should have been taken, to ensure the safety of others;

E. Failing to exercise due care, caution, and skill in operating his motor vehicle;

F. Failure to act reasonably under the circumstances;

G. Failure to protect the public from unreasonable risks of harm; and

H. Any and all negligence, fault, and/or intentional acts which are to be shown at the trial of this matter.

**6.**

As a result of the accident described herein, plaintiff, **PRISCILLA WATKINS**, sustained the following non-exclusive damages:

A. Past, present and future physical pain and suffering;

B. Past, present and future mental anguish and suffering;

C. Past, present and future medical expenses;

D. Past, present and future loss of enjoyment of life;

E. Past, present and future disfigurement and impairment;

F. Disability; and

G. Other damages which will be proven at trial.


Certified True and
Correct Copy
CertID: 2022032200122

*Kallin Leto*
Tangipahoa Parish
Deputy Clerk of Court

Generated Date:
3/22/2022 11:21 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**7.**

Petitioner alleges, upon information and belief, that the defendant, WALTER W. MTENGA was an employee of MSAE TRANSPORT, LLC, and/or had permission to drive the MSAE TRANSPORT, LLC vehicle at the time of the accident. Plaintiff further alleges that at the time of the accident described herein, WALTER W. MTENGA was in the course and scope of his employment with MSAE TRANSPORT, LLC, who is therefore vicariously liable for the negligence of its employee, WALTER W. MTENGA.

**8.**

Petitioner alleges, upon information and belief, that the defendant, AMERICAN SENTINEL INSURANCE COMPANY, insured defendant, MSAE TRANSPORT, LLC and/or the vehicle driven by WALTER W. MTENGA, at all times relevant hereto, for the negligence and fault of WALTER W. MTENGA and/or otherwise provided coverage for the damages sustained by plaintiff, PRISCILLA WATKINS, as alleged herein and/or may be proven at trial.

**WHEREFORE**, your petitioner prays that a copy of this petition, along with proper citation be served upon the defendants, that the defendants be caused either to answer or otherwise plead within the delays, and that there be judgment in favor of the petitioner and against the defendants for all outstanding damages with legal interest from the date of judicial demand and all costs of these proceedings.

Respectfully submitted,

*DUDLEY DEBOSIER, PLC*
R. Bentley Baker, IV (Bar Roll No.: 37944)
bbaker@dudleydebosier.com
1075 Government Street
Baton Rouge, LA 70802
Telephone: (225) 478-4135
Facsimile: (225) 478-4185
*Attorney for Plaintiff, Priscilla Watkins*

*SERVICE INFORMATION ON NEXT PAGE*

Certified True and
Correct Copy
CertID: 2022032200122

*Kallin Leto*

Tangipahoa Parish
Deputy Clerk of Court

Generated Date:
3/22/2022 11:21 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

SERVICE INFORMATION:

AMERICAN SENTINEL INSURANCE COMPANY
through its agent for service of process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA  70809

*VIA LOUISIANA LONG ARM STATUTE*
MSAE TRANSPORT, LLC
through its agent for service of process
Mr. Walter W. Mtenga
800 Richmond Dr.
McKinney, TX 75071

*VIA LOUISIANA LONG ARM STATUTE*
WALTER W. MTENGA
7840 Clara Drive
Plano, TX 75024



Certified True and
Correct Copy
CertID: 2022032200122

*Kallin Leto*

Tangipahoa Parish
Deputy Clerk of Court

Generated Date:
3/22/2022 11:21 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).