# **EXHIBIT 2**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **PRISCILLA WATKINS** | * | **CIVIL ACTION NO.** |
| **Plaintiff** | * | |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE:** |
| **AMERICAN SENTINEL INSURANCE** | * | |
| **COMPANY, MSAE TRANSPORT, LLC** | * | |
| **AND WALTER W. MTENGA** | * | |
| **Defendants** | * | **MAG. JUDGE:** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## DECLARATION OF BRUCE ANDERSON

I, Bruce Anderson, hereby declare, pursuant to 28 U.S.C. §1746, under penalty of perjury under the laws of the United States of America, that the following statements of fact are true and correct to the best of my personal knowledge:

1.  I am a person of the full age of majority and competent to give this declaration.

2.  My office address is 2222 West Pinnacle Peak Road, Suite 240, Phoenix, Arizona 85027.

3.  I am a Claims Examiner for Aegis Security Insurance Company ("AISC") assigned to handle the captioned lawsuit. During my employment, I have acquired personal knowledge of the insurance policy issued by American Sentinel Insurance Company ("American Sentinel") at issue in this case, and the policy limits demand by Plaintiff, Priscilla Watkins, through her counsel of record, Dudley DeBosier, on March 28, 2022, and medical records of Plaintiff provided by her counsel.

4.  As part of my employment, I have personal knowledge of the insurance policy issued by American Sentinel to its insured in this case, MSAE Transport, LLC. I routinely review insurance policies issued by American Sentinel, such as the one issued to the insured in this case, so that I may use the information contained in the policy to examine the claims by individuals who assert bodily injury claims against the insured.

5.  Attachment A to this declaration is a true and accurate copy of the American Sentinel declaration sheet for policy no. FCT900684-01, issued to MSAE Transport, LLC, and for the benefit of its insured-driver, Walter W. Mtenga. I confirm that I have used this policy declaration sheet to examine the bodily injury claims by Plaintiff in this lawsuit, in accordance with the usual business practices of ASIC.

1

6.  I understand that the captioned matter arises out of a motor vehicle accident that occurred on April 7, 2021, in which Plaintiff alleges that the named insured, MSAE Transport, LLC, and the insured-driver, Walter W. Mtenga, were allegedly negligent in causing the damages that Plaintiff asserts in this lawsuit ("accident").

7.  At the time of the accident, American Sentinel policy no. FCT900684-01 was in effect and, subject to its exclusions, conditions and limitations, provided $1,000,000 in policy limits for the named insured, MSAE Transport, LLC, and for the benefit of the insured-driver, Mr. Mtenga, for the claims by Plaintiff.

8.  On March 28, 2022, Dudley DeBosier, counsel for Plaintiff, made a policy limits demand for American Sentinel to immediately pay $1,000,000 on behalf of itself and its insureds in full and final settlement of this case.

9.  I understand that a policy limits demand is for payment of all the policy limits for a claim, *i.e.* $1,000,000 in this case.

10. Attachment B to this declaration is a true and accurate copy of the policy limits demand from Dudley DeBosier.

11. Attachment C to this declaration are true and accurate copies of certain excerpts of the 158 pages of Plaintiff's medical records that were attached to and included with the policy limits demand from Dudley DeBosier. The excerpts are attached *in globo*.

Executed this 29 day of April , 2022 by:

Bruce Anderson

2

# ATTACHMENT A

**American Sentinel Insurance Company**
P.O Box 3153
Harrisburg, PA 17105

Policy Number: FCT900684-01

Named Insured: Msae Transport LLC

### COMMERCIAL PACKAGE POLICY MOTOR CARRIER COVERAGE PART

**ITEM ONE:**

| | | | |
|---|---|---|---|
| **Policy Number** | FCT900684-01 | **Policy Period:** | **From** 07/23/2020  **To**  07/23/2021<br>12:01 AM Standard Time at Named Insured's Address |
| **Transaction:** | New Business | | |

| Named Insured and Address | Agent |
|---|---|
| Msae Transport LLC<br>800 Richmond Dr<br>McKinney, TX 75071<br>MC#: 21234 | First Capital - AWIS, LLC<br>3333 Camino Del Rio South, Suite 340<br>San Diego, CA 92108 |
| | Telephone:  (866) 840-5329 |
| Business Description:  Commercial Motor Carrier | Type of Business:  Commercial          Audit Period:  N/A |

### ITEM TWO: SCHEDULE OF COVERAGES AND COVERED AUTOS

This policy provides only those coverages where a charge is shown in the premium column below. Each coverage will apply only to those "autos" shown as covered "autos", indicated by the entry of one or more symbols from the COVERED AUTO Section of the Motor Carrier Coverage Form next to the name of the coverage.

| COVERAGES | COVERED AUTO SYMBOLS | LIMIT<br>The Most We Will Pay For Any One Accident Or Loss | | PREMIUM |
|---|---|---|---|---|
| LIABILITY | 67 | $          1,000,000 | per accident | $10,772 |
| PERSONAL INJURY PROTECTION<br>(or equivalent No-fault coverage) | | Separately stated in each PIP endorsement minus Deductible | | |
| ADDED PERSONAL INJURY PROT.<br>(or equivalent No-fault coverage) | | Separately stated in each Added PIP endorsement | | |
| PROPERTY PROTECTION INS.<br>(Michigan only) | | Separately stated in each P.P.I. endorsement minus<br>$                    Deductible | | |
| AUTO MEDICAL PAYMENTS | | | | |
| UNINSURED MOTORISTS | | | | |
| UNDERINSURED MOTORISTS<br>(When not included in Uninsured Motorists Coverage) | | | | |
| TRAILER INTERCHANGE<br>COMPREHENSIVE COVERAGE | | Actual Cash Value, Cost of Repair, or whichever is less, minus Deductible for each Covered Auto. | | |
| TRAILER INTERCHANGE SPECIFIED CAUSES OF LOSS COVERAGE | | Actual Cash Value, Cost of Repair, or whichever is less, minus Deductible for each Covered Auto for Loss caused by Mischief or Vandalism | | |
| TRAILER INTERCHANGE COLLISION COVERAGE | | Actual Cash Value, Cost of Repair, or whichever is less, minus Deductible for each Covered Auto | | |
| PHYSICAL DAMAGE<br>COMPREHENSIVE | | Actual Cash Value or Cost of Repair, whichever is less, minus the Deductible stated in the Schedule of Covered Autos for each Covered Auto.<br>See ITEM FOUR for hired or borrowed "autos". | | |
| PHYSICAL DAMAGE<br>SPECIFIED CAUSES OF LOSS | | Actual Cash Value or Cost of Repair, whichever is less, minus $ Deductible for each covered auto. See ITEM FOUR for hired or borrowed "auto". | | |
| PHYSICAL DAMAGE<br>COLLISION | | Actual Cash Value or Cost of Repair, whichever is less, minus the Deductible stated in the Schedule of Covered Autos. See ITEM FOUR for hired or borrowed "autos". | | |
| PHYSICAL DAMAGE<br>TOWING AND LABOR | | $                    per accident | | |
| | | **Premium for Endorsements** | | $0 |
| | | **Estimated Total Premium** | | $10,772 |

**Forms and Endorsements Applicable to this policy**

See CPPSCHEDFORM 1016

Issued Date:
MCDEC-SFP 0118

**American Sentinel Insurance Company**
P.O Box 3153
Harrisburg, PA 17105

Policy Number: FCT900684-01

Named Insured: Msae Transport LLC

## ITEM THREE: SCHEDULE OF COVERED AUTOS YOU OWN

| | DESCRIPTION | | PURCHASED | | LOCATION | |
|---|---|---|---|---|---|---|
| | | | Original Cost New | Stated Value | | |
| Unit # | Year, Make & Model, Serial No. or Vehicle Identification Number | | | | State | Territory |
| 1 | 2012 Freightliner, 1FUJGLDR6CLBS7733 | | | | TX | |
| 2 | 2010 Utility, 1UYVS2531AM165226 | | | | TX | |

| | CLASSIFICATION | | | | Primary Rating Factor | | | |
|---|---|---|---|---|---|---|---|---|
| Unit # | Code | Radius of Operation | Business Use | Size GVW, GCW or Seating Capacity | Liability | Physical Damage | Secondary Rating Factor | Age Group |
| 1 | 50321 | Nationwide | Commercial | | | | | |
| 2 | 67321 | Nationwide | Commercial | | | | | |

| | COVERAGES - PREMIUMS, LIMITS AND DEDUCTIBLES | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | LIABILITY | | PERS INJURY PROT | | ADDED PIP | | PROP PROT (Mich. only) | |
| | | | Limit stated in each PIP Endorsement minus deductible shown below | | Limit stated in each Added PIP Endorsement | | Limit stated in P.P.I. Endorsement minus deductible shown below | |
| Unit # | Limit | Premium | | Premium | Premium | | | Premium |
| 1 | $1,000,000 | $10,772 | | | | | | |
| 2 | $1,000,000 | Included | | | | | | |

| | COVERAGES - PREMIUMS, LIMITS AND DEDUCTIBLES (Cont.) | | | | | | |
|---|---|---|---|---|---|---|---|
| | UNINSURED MOTORIST | | UNDERINSURED MOTORIST | | AUTO MED PAY | | |
| Unit # | Limit | Premium | Limit | Premium | Limit | Premium | |
| 1 | | | | | | | |
| 2 | | | | | | | |

| | COVERAGES - PREMIUMS, LIMITS AND DEDUCTIBLES (Cont.) | | | | | | |
|---|---|---|---|---|---|---|---|
| | COMPREHENSIVE | | SP. CAUSE OF LOSS | COLLISION | | TOWING & LABOR | |
| | Limit stated in ITEM TWO minus deductible shown below | Premium | Limit stated in ITEM TWO Premium | Limit stated in ITEM TWO minus deductible shown below | Premium | Limit per Disablement | Premium |
| Unit # | | | | | | | |
| 1 | | No Coverage | | | No Coverage | | |
| 2 | | No Coverage | | | No Coverage | | |

Issued Date:
MCDEC-SFP 0118

**American Sentinel Insurance Company**
P.O Box 3153
Harrisburg, PA 17105

Policy Number: FCT900684-01

Named Insured: Msae Transport LLC

## ITEM FOUR:

### SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS

| LIABILITY COVERAGE - RATING BASIS, COST OF HIRE - AUTOS USED IN YOUR MOTOR CARRIER OPERATIONS | | | | |
|---|---|---|---|---|
| STATE | ESTIMATED COST OF HIRE FOR EACH STATE | RATE PER EACH $100 COST OF HIRE | FACTOR (IF LIABILITY COVERAGE IS PRIMARY) | ESTIMATED PREMIUM |
| | | | | |
| | | | TOTAL PREMIUM | |

| LIABILITY COVERAGE - RATING BASIS, COST OF HIRE - AUTOS NOT USED IN YOUR MOTOR CARRIER OPERATIONS | | | | |
|---|---|---|---|---|
| STATE | ESTIMATED COST OF HIRE FOR EACH STATE | RATE PER EACH $100 COST OF HIRE | FACTOR (IF LIABILITY COVERAGE IS PRIMARY) | ESTIMATED PREMIUM |
| | | | | |
| | | | TOTAL PREMIUM | |

| PHYSICAL DAMAGE COVERAGE - STATED VALUES OF HIRED AUTOS (Trucks, Tractors or Trailers) | | | | |
|---|---|---|---|---|
| COVERAGES | STATE | LIMIT OF INSURANCE THE MOST WE WILL PAY DEDUCTIBLE | STATED VALUES OF HIRED AUTOS | PREMIUM |
| COMPREHENSIVE | | Actual Cash Value or Cost of repairs, whichever is less minus $ Deductible for each covered auto. | | |
| SPECIFIED CAUSES OF LOSS | | Actual Cash Value or Cost of repairs, whichever is less minus Deductible for each covered auto. | | |
| COLLISION | | Actual Cash Value or Cost of repairs, whichever is less minus $ Deductible for each covered auto. | | |
| | | | TOTAL PREMIUM | |

Cost of Hire means:

   (a) The total dollar amount of costs you incurred for the hire of automobiles (includes trailers and semitrailers), and if not included therein,
   (b) The total remunerations of all operators and drivers helpers, of hired automobiles whether hired with a driver by lessor or an "employee" of the lessee, or any other third party, and,
   (c) The total dollar amount of any other costs (i.e., repair, maintenance, fuel, etc.) directly associated with operating the hired automobiles whether such costs are absorbed by the insured, paid to the lessor or owner, or paid to others.

**DEFS 000032**

**American Sentinel Insurance Company**
P.O Box 3153
Harrisburg, PA 17105

**Policy Number:** FCT900684-01

**Named Insured:** Msae Transport LLC

## ITEM FIVE:

### SCHEDULE FOR NON-OWNERSHIP LIABILITY

| RATING BASIS | NUMBER | PREMIUM |
|---|---|---|
| Number of Employees | | |

## ITEM SIX:

### TRAILER INTERCHANGE COVERAGE

| Coverages | Limit of Insurance | Daily Rate | Estimated Premium |
|---|---|---|---|
| Comprehensive | Stated | $ | $ |
| Specified Causes of Loss | In | $ | $ |
| Collision | Item Two | $ | $ |
| | | Total Premium | $ |

## ITEM SEVEN:

### SCHEDULE FOR GROSS RECEIPTS RATING BASIS - LIABILITY COVERAGE

| Estimated Yearly Gross Receipts | RATES | | PREMIUMS | |
|---|---|---|---|---|
| | Per $100 of Gross Receipts | | | |
| | LIABILITY COVERAGE | AUTO MEDICAL PAYMENTS | LIABILITY COVERAGE | AUTO MEDICAL PAYMENTS |
| | | | | |
| | TOTAL PREMIUMS | | | |
| | MINIMUM PREMIUMS | | | |

When used as a premium basis:

**FOR PUBLIC AUTOS**

Gross Receipts means the total amount to which you are entitled for shipping or transporting property during the policy period regardless of whether you or any other carrier originate the transportation. Gross Receipts include the total amount received from renting equipment, with or without drivers, to anyone who is not a "motor carrier" and 15% of the total amount received from renting any equipment to any "motor carrier". Gross Receipts does not include:

A.  Amounts you pay to railroads, steamship lines, airlines and other motor carriers operating under their own ICC or PUC permits.
B.  Advertising Revenue.
C.  Taxes which you collect as a separate item and remit directly to a government al division.
D.  C.O.D. collections for cost of mail or merchandise including collection fees.
E.  Warehouse storage fees.

**DEFS 000033**

Issued Date:
MCDEC-SFP 0118

# ATTACHMENT B



**BENTLEY BAKER,** Attorney
(225) 478-4135  Telephone
(225) 478-4185  Facsimile
bbaker@dudleydebosier.com

**DUDLEY DEBOSIER**
INJURY LAWYERS

1075 Government Street
Baton Rouge, LA  70802

BATON ROUGE
NEW ORLEANS
SHREVEPORT

*Legal Assistant*: Krista Cheramie
kcheramie@dudleydebosier.com
(225) 478-4246 Telephone
(225) 478-4296 Facsimile

March 28, 2022

<u>VIA E-MAIL ONLY</u>
banderson@americansentinelins.com
American Sentinel Insurance Company
Attn: Mr. Bruce Anderson
2222 W. Pinnacle Peak Rd., Ste. 240
Phoenix, No State 85027

|       | **RE:** | **Our Client:** | Priscilla Watkins |
|-------|---------|-----------------|-------------------|
|       |         | **Your Insured:** | MSAE Transport LLC |
|       |         | **Claim No.:** | ASI-0001816 |
|       |         | **D/A:** | April 7, 2021 |

Dear Mr. Anderson:

In reference to the above claim attached please find the following medical records and/or bills regarding the damages claimed on behalf of my client:

| | | | |
|---|---|---|---|
| 1) | North Oaks Medical Center | 04/07/2021 | $  722.10 |
| 2) | North Oaks Family Medicine | 04/08/2021 | $  151.06 |
| 3) | Geaux Chiropractic | 04/27/21 – 07/20/21 | $ 2,280.00 |
| 4) | Segura Neuroscience Center | 05/12/21 – 12/07/21 | $ 1,245.00 |
| | | | **$ 4,398.16** |

If you do not communicate the need for additional information, we will assume that your file contains all the damage support data to justify an evaluation of the risk.

As such, please tender your policy limits immediately, as well as, an Affidavit of No Additional Insurance from both your insured and the driver of the vehicle (if different).  We thank you for your prompt consideration.

If you have any questions, please feel free to give me a call.

Respectfully,
*Dudley DeBosier Injury Lawyers*

R. Bentley Baker

RBB/klc
Enclosures

# ATTACHMENT C

A North Oaks Health System Affiliated Provider



| 1900 S Morrison Blvd | Watkins, Priscilla |
|---|---|
| Hammond LA 70403 | MRN: 7064994, DOB: 12/7/1954, Sex: F |
| Amb Encounter Report | Acct #: 8408918 |
| | Visit date: 4/8/2021 |

## All Orders (continued)

### apixaban (ELIQUIS) 5 mg Tab [5256516662]

Electronically signed by: **Raphael, Howard J, MD on 04/08/21 1457**          Status: **Discontinued**
Ordering user: Raphael, Howard J, MD 04/08/21 1457          Authorized by: Raphael, Howard J, MD
Ordering mode: Standard
Frequency: BID 04/08/21 - 05/06/21          Discontinued by: Raphael, Howard J, MD 05/06/21 1239

### clopidogreL (PLAVIX) 75 mg Tab tablet [5256516661]

Electronically signed by: **Raphael, Howard J, MD on 04/08/21 1455**          Status: **Discontinued**
Ordering user: Raphael, Howard J, MD 04/08/21 1455          Authorized by: Raphael, Howard J, MD
Ordering mode: Standard
Frequency: Daily 04/08/21 - 04/16/21          Released by: Raphael, Howard J, MD 04/08/21 1455
Discontinued by: Raphael, Howard J, MD 04/19/21 1315

## Progress Notes

### Raphael, Howard J, MD at 04/08/21 1430

Author Type: Physician          Status: Signed

**Patient ID:** Priscilla Watkins is a 66 y.o. female.

## Subjective
**Chief Complaint**
Patient presents with
- Motor Vehicle Crash
  *Pt was involved in a MVA on 4/7/21, she is here for a ER follow up and she is requesting a DMV handicap tag*

History of Present IllnessPatient comes in today follow-up from the emergency room and also to get a handicap license sticker.

Patient was in the mild vehicle accident yesterday.  She states she was in a roundabout when an 18 wheeler got into her lane.  She was sideswiped.  She went to the emergency room and was evaluated.  She is having some mild pain to the left side of her shoulder and arm.  Patient had already been on pain medication for some chronic pains in her back and neck.  Patient had 2 CVAs in the past.  She does have some weakness to left upper and left lower extremity.

Patient needs a cane to ambulate and states sometimes is too far for her to walk so she wants to see about getting a handicap sticker.

Patient states he has a history of seizure disorder since she was a teenager.  Is under care of a neurologist.

Patient states she has been on a combination of Eliquis and Plavix for many years.  Patient states she is coming in to get a refill of her medications.  She states she ran out of one of her medications a few days ago.  The history is provided by the patient.
**Motor Vehicle Crash**
The accident occurred 12 to 24 hours ago. She came to the ER via walk-in. At the time of the accident, she was located in the driver's seat. The pain is present in the left shoulder, left arm and upper back.

A North Oaks Health System Affiliated Provider



1900 S Morrison Blvd
Hammond LA 70403
Amb Encounter Report

Watkins, Priscilla
MRN: 7064994, DOB: 12/7/1954, Sex: F
Acct #: 8408918
Visit date: 4/8/2021

## Progress Notes (continued)

### Raphael, Howard J, MD at 04/08/21 1430 (continued)

**Encounter Diagnoses**
Name

Primary?

- Seizure disorder (HCC)
- Cerebrovascular accident (CVA), unspecified mechanism (HCC)
- Essential hypertension

Yes

## Plan
Medical disease management:

Patient will be given a handicap excuse for the next year.

We will refill her medications since she has been on these medications in quite some time and is under the care of a cardiologist as well as a neurologist.

Patient is to take her as needed Tylenol to help with some of her muscle pains from the pelvic accident.  She was told that she may be more stiff today after the accident but this should improve.  Patient told if she has any worsening problems she can follow-up here or emergency room.

**Orders Placed This Encounter**
- clopidogreL (PLAVIX) 75 mg Tab tablet
- apixaban (ELIQUIS) 5 mg Tab

**Orders Placed This Encounter**
Medications
- clopidogreL (PLAVIX) 75 mg Tab tablet
  - Sig: Take 1 tablet (75 mg total) by mouth daily
  - Dispense: 30 tablet
  - Refill: 0
- apixaban (ELIQUIS) 5 mg Tab
  - Sig: Take 1 tablet (5 mg total) by mouth 2 (two) times daily
  - Dispense: 60 tablet
  - Refill: 0

This note was created using voice recognition software and therefore may contain some grammatical and syntax errors. Some words and phrases may have phonetic errors. Please keep this in mind while reading this note.

Electronically signed by Raphael, Howard J, MD on 04/08/21 1610

**H&P Notes**

**Chart Notes**

**Priscilla Watkins**

Dynamic Performance Chiropractic of Hammond
1436 So Magnolia St. Ste. B
Hammond, LA 70403
Phone: 985-222-2066
Fax: 985-222-2074

| Patient: Watkins, Priscilla | Acct #: 1963 | DOB: 12/07/1954 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

Date    04/27/2021
Provider   Matthew J Shelly

**Subjective:**

<mark>Ms. Priscilla Watkins entered the office today for complaint(s) resulting from a automobile vs. Semi Truck incident having completed the patient intake questionnaire.</mark> The questionnaire was reviewed and annotated by the examining provider as needed.  The completed questionnaire is in the patient's permanent digital file and available for review.  She signed consent for evaluation and possible treatment of injuries sustained as the result of the motor vehicle collision that occurred on or about 4/7/2021.

**Objective:**

**Musculoskeletal - Palpation Static-**_Tonicity_:       severe spasm posterior cervical (neck), right side of neck, upper thoracic, right posterior trapezius, right posterior shoulder, right mid thoracic, mid thoracic, lower thoracic, right lower thoracic, left lumbar, lumbar, right lumbar, left sacroiliac, right sacroiliac, sacral and right posterior pelvis/hip

**Musculoskeletal - Palpation Static-**_Edema:_       moderate posterior cervical (neck), right side of neck, upper thoracic, right posterior trapezius, right posterior shoulder, right mid thoracic, mid thoracic, lumbar, right lumbar, sacral, right sacroiliac, right posterior pelvis/hip, right lower thoracic and lower thoracic

**Cervical Range of Motion -** _Active_
-Flexion (normal 60˚):        severely reduced with pain noted.
-Extension (normal 55˚):       severely reduced with pain noted.
-Left Lat. Flexion (normal 40˚):   severely reduced with pain noted.
-Right Lat. Flexion (normal 40˚):  severely reduced with pain noted.
-Left Rotation (normal 80˚):      severely reduced with pain noted.
-Right Rotation (normal 80˚):     severely reduced with pain noted.

**Thoraco-Lumbar Range of Motion -** _Active_
-Flexion (normal 90˚):        severely reduced with pain noted.
-Extension (normal 30˚):       severely reduced with pain noted.
-Left Lat. Flexion (normal 35˚):   severely reduced with pain noted.
-Right Lat. Flexion (normal 35˚):  severely reduced with pain noted.
-Left Rotation (normal 30˚):      severely reduced with pain noted.
-Right Rotation (normal 30˚):     severely reduced with pain noted.

**Ortho-**_Maximum Foramina Compression_ performed bilaterally. Results were positive  Patient indicated right sided pain with radiation to the right posterior trapezius, right mid thoracic, right posterior shoulder and right triceps

**Chart Notes**

**Priscilla Watkins**

Dynamic Performance Chiropractic of
Hammond Magnolia St. Ste. B
Hammond, LA 70403
Phone: 985-222-2066
Fax: 985-222-2074

| Patient: Watkins, Priscilla | Acct #: 1963 | DOB: 12/07/1954 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date   04/27/2021**

Provider   Matthew J Shelly                                    *** *continued from previous page* ***

**Ortho**-*Distraction Test*  performed. The patient indicated moderate increase of para-spinal soft tissue pain  right C4/C5, C5/C6, C6/C7 and C7/T1.

**Ortho**-*Shoulder Depression* performed bilaterally. Patient indicated pain that was on the right at C4/C5, C5/C6, C6/C7 and C7/T1 with local pain that radiates.

**Ortho**-*Straight Leg Raiser Test* performed bilaterally. The test was positive. She indicated sharp pain on the bilateral lumbo-sacral joint and sacro-iliac joint at 40 degrees

**Ortho**-*Kemp's Test* was performed bilaterally. Patient indicated sharp segmental level pain at L3, L4, L5 and sacrum with radiation.

**Neuro**-*Gross Touch/Vibration*: evaluations performed and indicated gross touch and vibration sensations were within normal limits at all upper & lower spinal segments .

**Assessment:**

**ASSESSMENT:**

Due to the traumatic nature of the injury she sustained her prognosis is currently unknown. With consideration of the patient's exam findings it is within a reasonable degree of medical probability that the injures she sustained was directly as result of the mvc she was allegedly involved in 4/7/2021.

Considering the patient's symptomatology, the results of testing, examinations, and past experience with similar cases, it is within a reasonable degree of medical certainty that her impairment may well predispose her to further problems from the aggravation brought on by normal activities of daily living or new trauma, which did not bother her prior to this mvc.

Furthermore, I believe that the treatment is indicated and necessary for the relief of her symptoms.

**Plan:**

A conservative course of treatment will be used for 1 month(s). Her progress will be monitored through periodic re-examinations and her treatment plan will be adjusted according to her subjective, and objective findings on exam.

We will begin treating Priscilla as per today's examination findings and initiate a treatment plan of seeing her twice per week.  She will begin in the passive phase of care. The patient is currently in the acute stage of injury. Because of this her treatment at this time will be palliative in nature. This will be used to decrease inflammation, and pain.

**Chart Notes**

**Priscilla Watkins**

Dynamic Performance Chiropractic of
Hammond, LA
1300 S. Magnolia St. Ste B
Hammond, LA 70403
Phone: 985-222-2066
Fax: 985-222-2074

| Patient: Watkins, Priscilla | Acct #: 1963 | DOB: 12/07/1954 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

Date    04/27/2021

Provider   Matthew J Shelly                           *** continued from previous page ***

**Initial treatment plan:**

Therapeutic exercise (97110) - The following active and passive exercises are prescribed to improve flexibility will be provided.  The goal is to improve joint function, correct spinal misalignments and reduce nerve root compression. This will include vibration platform, pressure point therapy with stretches, PNF stretches, up and overs, 6 way cervical stretch and repetitive cervical traction . The rehab will be part of the patient's daily rehab orders.  We will add additional therapies as her function increases and she has a firm understanding of the above mentioned exercises.

Mechanical Traction (97012) - mechanical intersegmental traction will be prescribed.  The goal of this treatment is to improve circulation, increase flexibility, reduce edema and increase ROM.

Electrical Stimulation is ordered to decrease pain and increase blood flow to the affected area. Protocol: square bi-phasic 30-50 pps phase duration: 200 usec ramp time: 2 second cycle: 4 seconds on and 2 sec off. Intensity to mild functional contraction but prior to causing pain. Duration 15 minutes minimum.  The therapy will be applied to the following areas: cervical and thoracic.

Manipulation to: cervical spinal region and thoracic spinal region will be provided to address pain, joint fixation, and decreased mobility.  The goal of this treatment is to: improve joint function, improve segmental mobility, correct aberrant joint motion and correct spinal fixations.  The cervical and thoracic regions will be assessed daily for aberrant joint motion and/or joint fixations and manipulated accordingly.

**Short Term Goals:**

- reduce spasm by one grade in all affected areas within 4-6 weeks.

- improve functional ROM by 50% in all affected planes within 4-6 weeks.

- improve physiologic end range of motion in the affected planes by 50% in 4-6 weeks.

- resolve inflammatory component of the patient's condition within 2-4 weeks.

**Long Term Goals:**

-To restore tolerance to activities of daily living.

-To return the patient as close to pre-injury status as possible

**Chart Notes**

**Priscilla Watkins**

**Dynamic Performance Chiropractic of**
**H130nSoMagnolia St. Ste. B**
**Hammond, LA 70403**
**Phone: 985-222-2066**
**Fax: 985-222-2074**

| Patient: Watkins, Priscilla | Acct #: 1963 | DOB: 12/07/1954 |
| Ins Co: | Pol #: | Insured ID: |

Date    04/27/2021

Provider   Matthew J Shelly                                    *** continued from previous page ***

**Today's Treatment:**

Mechanical traction (97012) was used to open individual vertebral segments, decrease spasms and increase mobility, circulation and nutrition to the involved spinal joints.  The therapy was performed for approximately; 10 minutes

Interferential Therapy (97014) in addition to heat (97010) was applied to neck extensors This stimulation at a specific pulse rate setting will stimulate muscles and initiate contraction and relaxation of the targeted muscle tissue. This will also trigger endorphin, and enkephalin production for pain control. The rhythmic contraction of muscle tissue also increases circulation for inflammation, and edema control. The therapy was performed for 15 minutes.

CMT (98941) - Digital palpation and examination revealed spasm, hypomobility and end point tenderness in the cervical spinal region, thoracic spinal region and lumbar spinal region

The following exercises were performed today: vibration platform, PNF stretches, repetitive cervical traction and pressure point therapy with stretches for approximately 15 minutes. The purpose of the therapy was to restore strength, flexibility, stability, coordination, and range of motion.

**Diagnosis**       S13.4XXA: Sprain of cervical ligts, initl.
                          S16.1XXA: Strain of muscle, fascia and tendon at neck level, init
                          S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter
                          S29.019A: Strain of muscle and tendon of unsp wall of thorax, init
                          M99.02: Seg and somatic dysf of thoracic reg
                          M99.01: Segmental and somatic dysfunction of cervical region
                          M99.03: Seg and somatic dysf of lumbar reg
                          M99.04: Seg and somatic dysf of sacral reg
                          M40.03: Postural kyphosis, cervicothoracic region
                          M79.10: Myalgia, unspecified site
                          M62.40: Contracture of muscle, unspecified site
                          M54.5: Inactive 10-01-21 - Low back pain
                          G89.11: Acute pain due to trauma

**Chart Notes**

**Priscilla Watkins**

Dynamic Performance Chiropractic of
Hammond, Magnolia St. Ste. B
Hammond, LA 70403
Phone: 985-222-2066
Fax: 985-222-2074

| Patient: Watkins, Priscilla | Acct #: 1963 | DOB: 12/07/1954 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

Date    05/18/2021

Provider   Matthew J Shelly

**Subjective:**

Priscilla sought treatment today, complaining of constant (75%-100%) aching and throbbing discomfort in the low back. She rated the intensity of discomfort, using a VAS, as a level 8 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with prolonged sitting. The discomfort was reported to decrease with chiropractic care.

She reported that her low back pain has been extremely bad. She reported that she has been unable to sleep due to the pain. She reported that she went to her GP and he ordered a MRI.

**Objective:**

**Daily Objective Findings:**
  - *Spinal Restriction(s)/Subluxation(s):* C6, T2, T3, right C4, right C5, T1, L3, L4, L5 and sacrum
    - *Extraspinal Restrictions/Subluxations:* none noted
  - *Pain/Tenderness:* mid to lower cervical, cervico-thoracic, upper thoracic, mid-thoracic, upper lumbar, lower lumbar, lumbo-sacral and sacral
  - *Postural Analysis:* high right shoulder
  - *Muscle Spasm(s):* Hypertonic left side of neck, posterior cervical (neck), right side of neck, upper thoracic, right posterior trapezius, right mid thoracic, mid thoracic, left mid thoracic, left lumbar, lumbar, right lumbar, left posterior pelvis/hip, left sacroiliac, sacral, right sacroiliac and right posterior pelvis/hip tissue tone
  - *ROM Concern(s):* cervical extension, cervical flexion, cervical left rotation, cervical right rotation, cervical left lateral flexion, cervical right lateral flexion, lumbar extension, lumbar left rotation and lumbar left lateral flexion was recorded as severely reduced with pain noted.

**Assessment:**

**Daily Assessment:** showing improvement as indicated in today's subjective and objective evaluation.
  - *Determination of Care:* Continued care is necessary to meet the goal.

**Plan:**
**Today's Treatment:**

Mechanical traction (97012) was used to open individual vertebral segments, decrease spasms and increase mobility, circulation and nutrition to the involved spinal joints. The therapy was performed for approximately; 10 minutes

CMT (98940) - Digital palpation and examination revealed spasm, hypomobility and end

**Chart Notes**

**Priscilla Watkins**

Dynamic Performance Chiropractic of
Hammond Magnolia St. Ste. B
Hammond, LA 70403
Phone: 985-222-2066
Fax: 985-222-2074

| Patient: Watkins, Priscilla | Acct #: 1963 | DOB:  12/07/1954 |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

Date    05/18/2021

Provider   Matthew J Shelly                              *** continued from previous page ***

point tenderness in the cervical spinal region and thoracic spinal region

Active release therapy with stretching was performed among the following muscle groups: suboccipital, cervical musculature, upper trapezius, middle trapezius, lower trapezius and scapular for approximately 15 minutes.

Interferential Therapy (97014) in addition to heat (97010) was applied to neck extensors This stimulation at a specific pulse rate setting will stimulate muscles and initiate contraction and relaxation of the targeted muscle tissue. This will also trigger endorphin, and enkephalin production for pain control. The rhythmic contraction of muscle tissue also increases circulation for inflammation, and edema control. The therapy was performed for 15 minutes.

**Diagnosis**   S13.4XXA: Sprain of cervical ligts, initl.
S16.1XXA: Strain of muscle, fascia and tendon at neck level, init
S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter
S29.019A: Strain of muscle and tendon of unsp wall of thorax, init
M99.02: Seg and somatic dysf of thoracic reg
M99.01: Segmental and somatic dysfunction of cervical region
M40.03: Postural kyphosis, cervicothoracic region
M79.10: Myalgia, unspecified site
M62.40: Contracture of muscle, unspecified site
G89.11: Acute pain due to trauma

Segura Neuroscience and Pain Center
141 Lakeview Circle
Covington, LA 70433
(985)231- 6751
FAX (985)888- 1838

**Patient:** Watkins, Priscilla, DOB: 12/07/1954, Age: 66 years, Female
**Acct #:** 10464, Encounter Date: 05/12/2021

**Established Patient Encounter**
**05/12/2021**

**Chief Complaint(s):** FOLLOW UP VISIT; CERVICAL SPINE PAIN RADIATING TO LEFT UPPER EXTREMITY; LOWER BACK PAIN; HIP PAIN- RIGHT

**History of Present Illness:**
**This is a very pleasant 66 year old:** *female patient being seen in my clinic today -* last seen on 3/17/21 for evaluation and treatment of the above pain.
**pain in the:** Neck; Left arm ; Low back ; Left leg ; Right leg .
**Since their last visit, I have:** *maintained the patient on their prescriptions for IBU, gabapentin and Norco* - which the patient reports helped, The patient denies any side effects from this current regimen; *recommended -* Procedure - call for bilateral L3/4/5 TFESI.
**The problem feels like:** aching; burning; throbbing.
**They report this particular problem is:** mild to moderate.
**The duration of the complaint is:** chronic, and is currently undergoing treatment for it.
**Modifying Factors:** *The patient reports what makes the problem better is -* rest, medication - hydrocodone/APAP 10/325mg, Gabapentin 1800 mg, IBU 800mg; *The patient reports what makes the problem worse is -* bending, lifting, increased activity, lying down at night, sitting for extended periods of time, standing for extended periods of time.
**The patient denies any falls in the last year.**
**Patient denies recent hospitalizations.**
Patient reports that since her last visit she has had 2 strokes in March and then was hit by 18 wheeler at the beginning of April. She was sent to North Oaks, Dx with whip lash on the right side of her neck and soreness on her rib cage from the seat belt. She has an attorney (Dudley Debosier). Patient states that her pharmacy would not fill her pain medication for April. She has been out of meds since 4/24. She is in severe pain and can not sleep. PMH, PSH, PFH have been updated and this HPI was scribed by Cecilia Fletcher, MA for Richard Robertson, MD.

**Medical History**
anemia.
hypertension.
seizure disorder.
cataracts.
stroke.

**Surgical History**
denies having prior surgeries performed.

**Family History**
*arthritis -* maternal grandmother.
*diabetes -* maternal grandmother, paternal grandmother.
*heart trouble -* mother.
*Hypertension -* mother, maternal grandmother, paternal grandmother.
*kidney or bladder trouble -* father.
*varicose vein -* mother.
*enlarged heart -* father.
*seizures -* sister.
*blood disease -* brother.

Segura Neuroscience and Pain Center
141 Lakeview Circle
Covington, LA 70433
(985)231- 6751
FAX (985)888- 1838

**Patient:** Watkins, Priscilla, DOB: 12/07/1954, Age: 66 years, Female
**Acct #:** 10464, Encounter Date: 05/12/2021

**Social History**
Smoking status: Never smoker.
Smokeless Tobacco Use (No).
alcohol consumption (No).
drug abuse (No).
history of overdose (No).
*current employment* - employed.
*marital status/living arrangements* - unmarried.

**Allergies: Mobic** reaction: Seizure
**Reviewed By:** Cecilia Fletcher

**Current Medications:**
**Reviewed By:** Cecilia Fletcher
**amitriptyline** 100 mg tablet , Disp. 30 NR
**atenolol** 100 mg tablet , Disp. 30 NR
**clopidogrel** 75 mg tablet , Disp. 30 NR
**diclofenac sodium** 3% gel
**Eliquis** (apixaban) 5 mg tablet , Disp. 60 NR
**enalapril maleate** 10 mg tablet , TAKE 1 TABLET BY MOUTH ONCE DAILY, Disp. 90 NR
**ferrous sulfate** 325 mg (65 mg iron) tablet
**gabapentin** 600 mg tablet  Take 1 tablet by mouth three times a day, Take 2- 3 tablets at night as needed
for pain. X 30 Days, Disp. 90 Rfl #1, Start Date: 03/31/2020, Stop Date: 05/16/2021
**ibuprofen** 800 mg tablet  Take 1 tablet by mouth three times a day X 30 Days, Disp. 90 Rfl #1, Start Date:
03/03/2020, Stop Date: 05/16/2021
**pantoprazole** 40 mg tablet,delayed release (DR/EC) , Disp. 30 NR
**Zofran** (ondansetron hcl) 4 mg tablet

**Review of Systems:**
**Constitutional Symptoms:**  loss of appetite . **Complains of fatigue**. Denies chills.
**Eyes: Complains of wears glasses**. Denies wears contact lenses.
**Ears, nose, throat:** *ears* -  Denies decreased hearing. *nose and sinuses* -  Denies frequent colds, nasal
congestion.
**Cardiovascular: Complains of high blood pressure**. Denies chest pain.
**Pulmonary:** Denies dyspnea on exertion, pain with breathing.
**Gastrointestinal: Complains of constipation, heartburn**.
**Genitourinary:** *urinary* -  **Complains of frequency**. Denies nocturia, reduced urine force / stream.
**Musculoskeletal:** *neck* -  **Complains of pain**. *back* -  **Complains of limitation of activity, limitation
of movement, pain with cause, stiffness, tenderness**. *joints* -  **Complains of aching, limitation of
joint movement**.
**Integumentary:** *nails* -  Denies discoloration of nails, excessively dry or brittle nails. *skin* -  Denies
excessively dry skin, itchy skin.
**Neurological: Complains of memory loss, numbness, weakness, seizures, Stroke, tingling,
unsteadiness.**
**Psychiatric:** *mood* -  Denies mood swings, nervousness. *mental state* -  Denies dementia,
hallucinations.
**Endocrine:** Denies diabetic, hypothyroidism.
**Hematologic, Lymphatic:** *hematologic* -  **Complains of hx of anemia, bruises easily**.

**Vitals:**
**Height** 70 inches (177.8 cm) **Weight** 205 pounds (92.99 kg)  **BMI** 29.41 **Pain Scale**  9 (Scale 0- 10)

Segura Neuroscience and Pain Center
141 Lakeview Circle
Covington, LA 70433
(985)231- 6751
FAX (985)888- 1838

**Patient:** Watkins, Priscilla, DOB: 12/07/1954, Age: 66 years, Female
**Acct #:** 10464, Encounter Date: 05/12/2021

**Exam:**
**General appearance:** This is a very pleasant female in NAD.
**Cervical Spine:** *Inspection:* stiffness. *Palpation:* tenderness - bilateral facet joints, bilateral paraspinal muscles, bilateral trapezius. *Extension:* Right - able to reproduce typical pain at 10 degrees cervical extension; Left - able to reproduce typical pain at 10 degrees cervical extension. *Facet Loading:* + bilateral. *Spurling's:* Negative. *ROM:* increased pain with ROM. *Rotation:* able to reproduce typical pain at end of range.
**Back:** *Lumbar Spine:* Inspection - stiffness; **Palpation** - tenderness - bilateral facet joints, bilateral paraspinal muscles, left paraspinal muscles, at left sciatic notch; **ROM** - decreased ROM, increased pain with ROM; **Flexion** - pain at 30 degrees; **Extension** - Right - pain at 10 degrees; **Left** - pain at 10 degrees; **Facet Loading** - + bilateral; **SI Joint Tests** - (- ) FABERE left, (- ) PSIS left; **Straight Leg Raise (SLR)** - Left - Positive 30 degrees, to POSTERIOR CALF; Right - Negative.
**RUE:** *Strength:* Tone - within normal limits; Deltoid 5/5, Biceps 5/5, Triceps 5/5, Wrist Extension 5/5, Wrist Flexion 5/5, Interosseous 5/5.
**LUE:** *Strength:* Tone - within normal limits; Deltoid 5/5, Biceps 5/5, Triceps 5/5, Wrist Extension 5/5, Wrist Flexion 4/5, Interosseous 5/5.
**RLE:** *Strength:* Tone - within normal limits; Hip Flexion 5/5, Hip Extension 5/5, Knee Flexion 5/5, Knee Extension 5/5, Ankle Flexion 5/5, Ankle Extension 5/5, DorsiFlexion 5/5, Plantar Flexion 5/5, Hall Long (EHL) 5/5.
**LLE:** *Strength:* Tone - within normal limits; Hip Flexion 5/5, Hip Extension 5/5, Knee Flexion 5/5, Knee Extension 5/5, Ankle Flexion 5/5, Ankle Extension 5/5, DorsiFlexion 5/5, Plantar Flexion 5/5, Hall Long (EHL) 5/5.
**Neurologic:** *Sensor System:* sensation to pinprick intact EXCEPT BILATERAL S1, RIGTH C7/8..
*Tendon Reflexes:* right - patellar - knee - +1 - decreased reflex; achilles tendon - ankle - +1 - decreased reflex; left - patellar - knee - +1 - decreased reflex; achilles tendon - ankle - +1 - decreased reflex. *Gait and Balance:* bilateral symmetry of length, alignment and position, slightly antalgic, slumped posture, uncomfortable while sitting. *Cranial Nerves:* II through XII grossly intact.
**Musculoskeletal:** *Size and length:* equal. *Tone:* good Bilaterally.
**Psychiatric:** no acute distress.
**Head:** face is symmetrical. skull normocephalic, symmetric, and without deformities.
**Eyes:** PERRLA. EOMI.
**ENMT:** no deformities noted. hearing grossly intact.
**Chest:** pt appears to be breathing normally with normal chest wall movement.
**Respiratory:** no signs of respiratory distress. no audible wheezing.
**Cardiovascular:** *pulses:* radial pulses 2+ and symmetric, pedal pulses 2+ and symmetric.
**Lymphatic:** no edema or swelling in bilateral upper or lower extremities.
**Skin:** intact. no evidence of rashes. warm.

**Studies:**
**Cervical MRI 3/3/21:** interpreted- Priscilla Watkins.C2/3: disc height is maintained left facet hypertrophy without central or foraminal stenosis C 34 small broad- based disc bulge with loss of anterior CSF volume. Left greater than right facet hypertrophy C 45 broad- based disc bulge bilateral facet hypertrophy without central her for almost gnosis C 56 bilateral facet hypertrophy left lateral just called with left for aminal narrowing C6/7: degenerative disc disease. Broad- based disc bulge produces loss of anterior CSF volume and left greater than right for aminal narrowing bilateral facet hypertrophy C 71 broad- based disc bulge without central or foraminal stenosis Sarah Sarah .
**Lumbar MRI 3/19/2020:** interpreted- L5/S1: severe degenerative disc disease with broad- based disc bulge and bilateral facet hypertrophy disc osteophyte complex produces left lateral recess stenosis. There is bilateral foraminal stenosis and possible contact at the exiting L5 nerve root. L 4/5: degenerative disc disease facet hypertrophy and ligamentum flavum thickening contribute to central canal triangulation.

Segura Neuroscience and Pain Center
141 Lakeview Circle
Covington, LA 70433
(985)231- 6751
FAX (985)888- 1838

**Patient:** Watkins, Priscilla, DOB: 12/07/1954, Age: 66 years, Female
**Acct #:** 10464, Encounter Date: 05/12/2021

Broad- based disc bulge produces lateral recess narrowing and possible contact of the descending L5 nerve roots bilaterally. There is severe left facet hypertrophy L3/4: bilateral facet hypertrophy broad- based disc bulge contributes to lateral recess narrowing and left greater than right foraminal narrowing. L 2/3: facet hypertrophy small disc bulge without central foraminal or lateral recess narrowing..
**Lumbar XR 3/19/2020:** interpreted- 5 lumbar vertebral bodies with near complete loss of disc space height at L5/S1. There are severe degenerative changes at this level. There is no pars defect..

**Additional Info** PMP pulled; medications filled in the past 6 months are as follows:

04/21/2021 1 03/23/2021 04/26/2021 Phenobarbital 64.8 Mg Tablet
90.00 30 Ho Rap 2153761 Cha (2218) 1/2 6.48 LME Medicare LA
03/25/2021 1 03/17/2021 03/25/2021 Hydrocodone- Acetamin 10- 325 Mg
60.00 30 Ri Rob 2151415 Cha (2218) 0/0 20.00 MME Medicare LA
03/23/2021 3 03/23/2021 Gabapentin 400 Mg Capsule
90.00 30 Ho Rap 1422474 Lou (6022) 0/1 Medicare LA
03/23/2021 1 03/23/2021 03/25/2021 Phenobarbital 64.8 Mg Tablet
90.00 30 Ho Rap 2153761 Cha (2218) 0/2 6.48 LME Medicare LA
02/23/2021 1 01/18/2021 02/23/2021 Gabapentin 600 Mg Tablet
90.00 30 Ri Rob 2125130 Cha (2218) 1/1 Medicare LA
02/20/2021 1 01/18/2021 02/20/2021 Hydrocodone- Acetamin 10- 325 Mg
60.00 30 Ri Rob 2125133 Cha (2218) 0/0 20.00 MME Medicare LA
02/10/2021 1 11/10/2020 02/10/2021 Phenobarbital 64.8 Mg Tablet
90.00 30 Ho Rap 2116979 Cha (2218) 1/2 6.48 LME Medicare LA
01/18/2021 1 12/21/2020 01/18/2021 Hydrocodone- Acetamin 10- 325 Mg
60.00 30 Ri Rob 2114164 Cha (2218) 0/0 20.00 MME Medicare LA
12/29/2020 1 11/10/2020 12/29/2020 Phenobarbital 64.8 Mg Tablet
90.00 30 Ho Rap 2116979 Cha (2218) 0/2 6.48 LME Medicare LA
12/21/2020 1 11/05/2020 12/21/2020 Hydrocodone- Acetamin 10- 325 Mg
60.00 30 Ri Rob

**Problems**
Radiculopathy, lumbar region (ICD- 10: M54.16), Status: Active, onset: 03/03/2020, Noted (assessed)
Spondylosis w/o myelopathy or radiculopathy, lumbosacral region (ICD- 10: M47.817), Status: Active, onset: 03/03/2020, Noted (assessed)
Cervical disc disorder at C5- C6 level with myelopathy (ICD- 10: M50.022), Status: Active, onset: 11/05/2020, Noted (assessed)
Cervical disc disorder at C6- C7 level with myelopathy (ICD- 10: M50.023), Status: Active, onset: 01/18/2021, Noted (assessed)

**Medications**
**Medication Reconciliation Performed**
New Medications:
**hydrocodone- acetaminophen** 10- 325 mg tablet  Take 1 tablet by mouth twice a day, as needed for pain; More than a 7 day supply are medically necessary. X 30 Days, Disp. 60 NR, Start Date: 05/12/2021, Stop Date: 06/11/2021
**hydrocodone- acetaminophen** 10- 325 mg tablet  Take 1 tablet by mouth twice a day, as needed for pain; More than a 7 day supply are medically necessary. X 30 Days, Disp. 60 NR, Start Date: 05/12/2021, Stop Date: 07/11/2021

**Plan Note**
Priscilla Watkins presents for follow up and further evaluation of low back pain radiation down right leg to

Segura Neuroscience and Pain Center
141 Lakeview Circle
Covington, LA 70433
(985)231- 6751
FAX (985)888- 1838

**Patient:** Watkins, Priscilla, DOB: 12/07/1954, Age: 66 years, Female
**Acct #:** 10464, Encounter Date: 05/12/2021

medial ankle associated with paresthesias.

Her PCP is Dr. Radcliffe.

Since last OV, she had an MVA with an 18 wheeler with worsening of low back pain and feels like she has whiplash of her neck.

She continues to endorse symptoms of myelopathy involving her upper extremities. She has difficulty with handwriting, putting on jewelry, buttoning buttons, opening cans/tops. She has dropped several things that have broken.

She is also having issues with her gait and has recently had several falls. Has not fallen in the last 3 months but continues to use an assistive device for her gait.

Her lumbar MRI is from 3/2020 she has severe L5/S1 degeneration with bilateral lateral recess and foraminal narrowing. She also had DDD at L4/5 with lateral recess and foraminal narrowing that are likely contributing to her symptoms.

Seeing chiro at Geaux Chiro.
ROI from Dr. Zapata at North Oaks.
Obtain lumbar MRI to evaluate for herniation and stenosis

UDS - from 3/3/2020 is appropriate
PMP done.
- okay to call for bilateral L3/4/5 TFESI
- gabapentin 1800qhs, 600mg, #90, 1 RF
- norco 10 mg BID prn #60 NR, 2nd Rx
- RTC 4 weeks or PRN for imaging review

**Note Contributing Authors:**
Richard C Robertson; Frances Galliano; Cecilia Fletcher; Ronald C. Segura, MD

**Note electronically signed by:** Richard C Robertson on 05/15/2021 at 11:15 PM

**E&M Code:** 99214

Segura Neuroscience and Pain Center
141 Lakeview Circle
Covington, LA 70433
(985)231- 6751
FAX (985)888- 1838

**Patient:** Watkins, Priscilla, DOB: 12/07/1954, Age: 67 years, Female
**Acct #:** 10464, Encounter Date: 12/07/2021

**Established Patient Encounter**
**12/07/2021**

**Chief Complaint(s):** FOLLOW UP VISIT; CERVICAL SPINE PAIN RADIATING TO LEFT UPPER EXTREMITY; LOWER BACK PAIN; HIP PAIN- RIGHT

**History of Present Illness:**
**This is a very pleasant 66 year old:** *female patient being seen in my clinic today -* last seen on 6/29/21 for evaluation and treatment of the above pain.
**pain in the:** Neck; Left arm ; Low back ; Left leg ; Right leg .
**Since their last visit, I have:** *maintained the patient on their prescriptions for Norco & Gabapentin -* which the patient reports helped, The patient denies any side effects from this current regimen; *recommended -* Dr. Rider and MRI of C spine .
**The problem feels like:** aching; burning; throbbing.
**They report this particular problem is:** mild to moderate.
**The duration of the complaint is:** chronic, and is currently undergoing treatment for it.
**Modifying Factors:** *The patient reports what makes the problem better is -* rest, medication; *The patient reports what makes the problem worse is -* bending, lifting, increased activity, lying down at night, sitting for extended periods of time, standing for extended periods of time.
**The patient was hospitalized in the last 30 days for North Oaks for SOB.**
**The patient reports they have fallen in the last year: pt was in a wheelchair with a lift, pt slid out of chair onto the ground, Chelse and son lifted pt with sling and placed back in wheel chair. .**
**PMH, PSH, PFH have been updated and this HPI was scribed by Chelse Chapman, MA for Richard Robertson, MD.**

**Medical History**
anemia.
hypertension.
seizure disorder.
cataracts.
stroke.
heart murmur.

**Surgical History**
denies having prior surgeries performed.

**Family History**
*arthritis -* maternal grandmother.
*diabetes -* maternal grandmother, paternal grandmother.
*heart trouble -* mother.
*Hypertension -* mother, maternal grandmother, paternal grandmother.
*kidney or bladder trouble -* father.
*varicose vein -* mother.
*enlarged heart -* father.
*seizures -* sister.
*blood disease -* brother.

**Social History**
Smoking status: Never smoker.
Smokeless Tobacco Use (No).

Segura Neuroscience and Pain Center
141 Lakeview Circle
Covington, LA 70433
(985)231- 6751
FAX (985)888- 1838

**Patient:** Watkins, Priscilla, DOB: 12/07/1954, Age: 67 years, Female
**Acct #:** 10464, Encounter Date: 12/07/2021

alcohol consumption (No).
drug abuse (No).
history of overdose (No).
*current employment* -  employed.
*marital status/living arrangements* -  unmarried.

**Allergies: Mobic** reaction: Seizure
**Reviewed By:** Chelse Chapman

**Current Medications:**
**Reviewed By:** Chelse Chapman
**amitriptyline** 100 mg tablet , Disp. 30 NR
**atenolol** 100 mg tablet , Disp. 30 NR
**clopidogrel** 75 mg tablet , Disp. 30 NR
**diclofenac sodium** 3% gel
**Eliquis** (apixaban) 5 mg tablet , Disp. 60 NR
**enalapril maleate** 10 mg tablet , TAKE 1 TABLET BY MOUTH ONCE DAILY, Disp. 90 NR
**ferrous sulfate** 325 mg (65 mg iron) tablet
**pantoprazole** 40 mg tablet,delayed release (DR/EC) , Disp. 30 NR
**Zofran** (ondansetron hcl) 4 mg tablet

**Review of Systems:**
**Constitutional Symptoms:** loss of appetite , **Complains of fatigue**. Denies chills.
**Eyes: Complains of wears glasses**. Denies wears contact lenses.
**Ears, nose, throat:** *ears* -  Denies decreased hearing. *nose and sinuses* -  Denies frequent colds, nasal
congestion.
**Cardiovascular: Complains of heart murmur, high blood pressure**. Denies chest pain.
**Pulmonary:** Denies dyspnea on exertion, pain with breathing.
**Gastrointestinal: Complains of constipation, heartburn**.
**Genitourinary:** *urinary* -  **Complains of frequency**. Denies nocturia, reduced urine force / stream.
**Musculoskeletal:** *neck* -  **Complains of pain**. *back* -  **Complains of limitation of activity, limitation
of movement, pain with cause, stiffness, tenderness**. *joints* -  **Complains of aching, limitation of
joint movement**.
**Integumentary:** *nails* -  Denies discoloration of nails, excessively dry or brittle nails. *skin* -  Denies
excessively dry skin, itchy skin.
**Neurological: Complains of memory loss, numbness, weakness, seizures, Stroke, tingling,
unsteadiness**.
**Psychiatric:** *mood* -  Denies mood swings, nervousness. *mental state* -  Denies dementia,
hallucinations.
**Endocrine:** Denies diabetic, hypothyroidism.
**Hematologic, Lymphatic:** *hematologic* -  **Complains of hx of anemia, bruises easily**.

**Vitals:**
**Height** 70 inches (177.8 cm) **Weight** 204 pounds (92.53 kg) **BMI** 29.26 **Pulse** 63 bpm **Blood
Pressure** 139 / 87, Left arm sitting **Pain Scale** 9 (Scale 0- 10), w/ meds

**Exam:**
**General appearance:** This is a very pleasant female in MODERATE DISTRESS.
**Cervical Spine: *Inspection***: stiffness. ***Palpation***: tenderness - bilateral facet joints, bilateral paraspinal
muscles, bilateral trapezius. ***Extension***: Right - able to reproduce typical pain at 10 degrees cervical
extension; Left - able to reproduce typical pain at 10 degrees cervical extension. ***Facet Loading***: +

Segura Neuroscience and Pain Center
141 Lakeview Circle
Covington, LA 70433
(985)231- 6751
FAX (985)888- 1838

**Patient:** Watkins, Priscilla, DOB: 12/07/1954, Age: 67 years, Female
**Acct #:** 10464, Encounter Date: 12/07/2021

bilateral. **Spurling's**: Negative. **ROM**: increased pain with ROM. **Rotation**: able to reproduce typical pain at end of range.
**Back:** **Lumbar Spine**: **Inspection** - stiffness; **Palpation** - tenderness - bilateral facet joints, bilateral paraspinal muscles; **ROM** - decreased ROM, increased pain with ROM; **Extension** - Right - pain at 10 degrees; Left - pain at 10 degrees; **Facet Loading** - + bilateral; **SI Joint Tests** - (- ) FABERE bilateral, (- ) PSIS bilateral; **Straight Leg Raise (SLR)** - Left - Negative; Right - Negative.
**RUE: Strength DIFFUSE WEAKNESS.**
**LUE: Strength DIFFUSE WEAKNESS.**
**RLE: Strength DIFFUSE WEAKNESS.**
**LLE: Strength DIFFUSE WEAKNESS.**
**Neurologic:** **Sensor System**: sensation to light touch intact. **Tendon Reflexes**: Deep tendon reflexes 2+ normal throughout. **Gait and Balance**: bilateral symmetry of length, alignment and position, slumped posture, uncomfortable while sitting. **Cranial Nerves**: II through XII grossly intact.
**Musculoskeletal:** **Tone**: poor Bilaterally, muscle atrophy Bilaterally.
**Psychiatric:** no acute distress.
**Head:** face is symmetrical. skull normocephalic, symmetric, and without deformities.
**Eyes:** PERRLA. EOMI.
**ENMT:** no deformities noted. hearing grossly intact.
**Chest:** pt appears to be breathing normally with normal chest wall movement.
**Respiratory:** no signs of respiratory distress. no audible wheezing.
**Lymphatic:** no edema or swelling in bilateral upper or lower extremities.
**Skin:** intact. no evidence of rashes. warm.

**Studies:**
**Cervical MRI 3/3/21:** interpreted- Priscilla Watkins.C2/3: disc height is maintained left facet hypertrophy without central or foraminal stenosis C 34 small broad- based disc bulge with loss of anterior CSF volume. Left greater than right facet hypertrophy C 45 broad- based disc bulge bilateral facet hypertrophy without central her for almost gnosis C 56 bilateral facet hypertrophy left lateral just called with left for aminal narrowing C6/7: degenerative disc disease. Broad- based disc bulge produces loss of anterior CSF volume and left greater than right for aminal narrowing bilateral facet hypertrophy C 71 broad- based disc bulge without central or foraminal stenosis Sarah Sarah .
**Lumbar MRI 3/19/2020:** interpreted- L5/S1: severe degenerative disc disease with broad- based disc bulge and bilateral facet hypertrophy disc osteophyte complex produces left lateral recess stenosis. There is bilateral foraminal stenosis and possible contact at the exiting L5 nerve root. L 4/5: degenerative disc disease facet hypertrophy and ligamentum flavum thickening contribute to central canal triangulation. Broad- based disc bulge produces lateral recess narrowing and possible contact of the descending L5 nerve roots bilaterally. There is severe left facet hypertrophy L3/4: bilateral facet hypertrophy broad- based disc bulge contributes to lateral recess narrowing and left greater than right foraminal narrowing. L 2/3: facet hypertrophy small disc bulge without central foraminal or lateral recess narrowing..
**Lumbar XR 3/19/2020:** interpreted- 5 lumbar vertebral bodies with near complete loss of disc space height at L5/S1. There are severe degenerative changes at this level. There is no pars defect..

**Additional Info** Watkins, Priscilla, 66F
Refine Search
Contact the Bamboo Health Knowledge/Help Center
Date of Birth:
12/07/1954
Recent Address:
View Linked Records (5)
Other Tools/Metrics
NarxCare

Segura Neuroscience and Pain Center
141 Lakeview Circle
Covington, LA 70433
(985)231- 6751
FAX (985)888- 1838

**Patient:** Watkins, Priscilla, DOB: 12/07/1954, Age: 67 years, Female
**Acct #:** 10464, Encounter Date: 12/07/2021


Prescriptions
Total: 41 | Private Pay: 9
Showing 1- 15 of 41 Items View 15 Items
of 3
Filled Written Sold ID Drug QTY Days Prescriber RX # Dispenser Refill Daily Dose* Pymt Type PMP
10/20/2021 07/05/2021 10/21/2021 1
Phenobarbital 64.8 Mg Tablet
90.00 30 Ho Rap 2198266 Cha (2218) 1/2 6.48 LME Medicare LA
10/20/2021 07/08/2021 10/21/2021 1
Gabapentin 400 Mg Capsule
90.00 30 Ho Rap 2200102 Cha (2218) 0/1 Medicare LA
09/18/2021 08/20/2021 5
Gabapentin 400 Mg Capsule
21.00 7 K Cau 06416212 Sen (7891) 4/99 Private Pay LA
09/16/2021 09/16/2021 5
Phenobarbital 60 Mg Tablet
90.00 30 K Cau 04029573 Sen (7891) 0/2 6.00 LME Private Pay LA
09/08/2021 09/08/2021 5
Hydrocodone- Acetamin 10- 325 Mg
90.00 30 K Cau 02027661 Sen (7891) 0/0 30.00 MME Private Pay LA
09/03/2021 08/20/2021 5
Gabapentin 400 Mg Capsule
21.00 7 K Cau 06416212 Sen (7891) 3/99 Private Pay LA
08/31/2021 08/20/2021 5
Gabapentin 400 Mg Capsule
21.00 7 K Cau 06416212 Sen (7891) 2/99 Private Pay LA
08/27/2021 08/20/2021 5
Gabapentin 400 Mg Capsule
21.00 7 K Cau 06416212 Sen (7891) 1/99 Private Pay LA
08/20/2021 08/20/2021 5
Hydrocodone- Acetamin 10- 325 Mg
21.00 7 Vy Tra 02027342 Sen (7891) 0/0 30.00 MME Private Pay LA
08/20/2021 08/20/2021 5
Phenobarbital 60 Mg Tablet
90.00 30 Vy Tra 04029096 Sen (7891) 0/0 6.00 LME Private Pay LA
08/20/2021 08/20/2021 5
Gabapentin 400 Mg Capsule
21.00 7 K Cau 06416212 Sen (7891) 0/99 Private Pay LA
07/24/2021 06/29/2021 07/24/2021 1
Gabapentin 600 Mg Tablet
60.00 30 Ri Rob 2196350 Cha (2218) 1/1 Medicare LA
07/15/2021 06/29/2021 07/15/2021 1
Hydrocodone- Acetamin 10- 325 Mg
60.00 30 Ri Rob 2196343 Cha (2218) 0/0 20.00 MME Medicare LA
07/05/2021 07/05/2021 07/08/2021 1
Phenobarbital 64.8 Mg Tablet
90.00 30 Ho Rap 2198266 Cha (2218) 0/2 6.48 LME Medicare LA
06/29/2021 06/29/2021 07/08/2021 1
Gabapentin 600 Mg Tablet

Segura Neuroscience and Pain Center
141 Lakeview Circle
Covington, LA 70433
(985)231- 6751
FAX (985)888- 1838

**Patient:** Watkins, Priscilla, DOB: 12/07/1954, Age: 67 years, Female
**Acct #:** 10464, Encounter Date: 12/07/2021

60.00 30 Ri Rob 2196350 Cha (2218) 0/1
PMP pulled for the past 6 months:

06/12/2021 1 05/12/2021 06/17/2021 Hydrocodone- Acetamin 10- 325 Mg
60.00 30 Ro Seg 2175589 Cha (2218) 0/0 20.00 MME Medicare LA
05/22/2021 1 03/23/2021 05/25/2021 Phenobarbital 64.8 Mg Tablet
90.00 30 Ho Rap 2153761 Cha (2218) 2/2 6.48 LME Medicare LA
05/12/2021 1 05/12/2021 05/12/2021 Hydrocodone- Acetamin 10- 325 Mg
60.00 30 Ro Seg 2175586 Cha (2218) 0/0 20.00 MME Medicare LA
04/21/2021 1 03/23/2021 04/26/2021 Phenobarbital 64.8 Mg Tablet
90.00 30 Ho Rap 2153761 Cha (2218) 1/2 6.48 LME Medicare LA
03/25/2021 1 03/17/2021 03/25/2021 Hydrocodone- Acetamin 10- 325 Mg
60.00 30 Ri Rob 2151415 Cha (2218) 0/0 20.00 MME Medicare LA
03/23/2021 3 03/23/2021 Gabapentin 400 Mg Capsule
90.00 30 Ho Rap 1422474 Lou (6022) 0/1 Medicare LA
03/23/2021 1 03/23/2021 03/25/2021 Phenobarbital 64.8 Mg Tablet
90.00 30 Ho Rap 2153761 Cha (2218) 0/2 6.48 LME Medicare LA
02/23/2021 1 01/18/2021 02/23/2021 Gabapentin 600 Mg Tablet
90.00 30 Ri Rob 2125130 Cha (2218) 1/1 Medicare LA
02/20/2021 1 01/18/2021 02/20/2021 Hydrocodone- Acetamin 10- 325 Mg
60.00 30 Ri Rob 2125133 Cha (2218) 0/0 20.00 MME Medicare LA
02/10/2021 1 11/10/2020 02/10/2021 Phenobarbital 64.8 Mg Tablet
90.00 30 Ho Rap 2116979 Cha (2218) 1/2 6.48 LME Medicare LA
01/18/2021 1 12/21/2020 01/18/2021 Hydrocodone- Acetamin 10- 325 Mg
60.00 30 Ri Rob 2114164 Cha (2218) 0/0 20.00 MME Medicare LA
12/29/2020 1 11/10/2020 12/29/2020 Phenobarbital 64.8 Mg Tablet
90.00 30 Ho Rap 2116979 Cha (2218) 0/2 6.48 LME Medicare LA
12/21/2020 1 11/05/2020 12/21/2020 Hydrocodone- Acetamin 10- 325 Mg
60.00 30 Ri Rob 2095742 Cha (2218) 0/0 20.00 MME Medicare

**Problems**
Cervical disc disorder at C5- C6 level with myelopathy (ICD- 10: M50.022), Status: Active, onset:
11/05/2020, Noted (assessed)
Cervical disc disorder at C6- C7 level with myelopathy (ICD- 10: M50.023), Status: Active, onset:
01/18/2021, Noted (assessed)
Radiculopathy, lumbar region (ICD- 10: M54.16), Status: Active, onset: 03/03/2020, Noted (assessed)
CERVICAL SPINAL STENOSIS (ICD- 10: M48.02), Status: Active, onset: 11/05/2020, Noted (assessed)

**Plan Note**
Priscilla Watkins presents for follow up and further evaluation of low back pain radiation down right leg to
medial ankle associated with paresthesias.

Her PCP is Dr. Radcliffe.

Since last OV, has severely worsened over the last 6 months. She has complete weakness of her lower
extremities, she is unable to lift them against gravity on exam today. She is able to lift her arms but is
extremely weak in her upper extremities as well as her grip strength. She has + hofmans. she is unable to
stand due to weakness and as such I am unable to examine her romberg. She has previous MRI of C
spine from July which demonstrates some spinal stenosis. I have concerns that this may have worsened.
Now, unfortunately, she is also having cardiac issues with leaky valve and has been proposed to have
valve replacement but she has since had a couple strokes. I am unsure whether these are responsble for

Segura Neuroscience and Pain Center
141 Lakeview Circle
Covington, LA 70433
(985)231-6751
FAX (985)888-1838

**Patient:** Watkins, Priscilla, DOB: 12/07/1954, Age: 67 years, Female
**Acct #:** 10464, Encounter Date: 12/07/2021

her profound weakness and progressive decline or if this is related to cervical spine stenosis that has worsened.

Regardless, she must get updated imaging to evaluate her neck to determine if this is worse. She reports worsening of bowel and bladder control. This was not present at our last OV in June. She is now wheelchair bound and unable to get out of chair for exam or to come to clinic.

 She is here with family today. We had a long discussion regarding her pain and potential treatment options.

She has persistent myelopathy involving her upper extremities. She has difficulty with handwriting, putting on jewelry, buttoning buttons, opening cans/tops. She has dropped several things that have broken.

Her lumbar MRI is from 3/2020 she has severe L5/S1 degeneration with bilateral lateral recess and foraminal narrowing. She also had DDD at L4/5 with lateral recess and foraminal narrowing that are likely contributing to her symptoms.

Seeing chiro at Geaux Chiro.
ROI from Dr. Zapata at North Oaks.

Refer to Dr. Rider for cervical evaluation with myelopathy, 985-320-7228
  Obtain Cervical MRI to evaluate for herniation and stenosis
  Obtain lumbar MRI to evaluate for herniation and stenosis
Obtain Thoracic MRI to evaluate for herniation and stenosis

PMP done
- norco 10 mg BID prn #60 NR, 2nd Rx
- RTC 2-4 weeks or PRN for imaging review

**Note Contributing Authors:**
Richard C Robertson; Frances Galliano; Chelse Chapman; Ericka Varnado

**Note electronically signed by:** Richard C Robertson on 12/07/2021 at 04:28 PM

**E&M Code:** 99214